IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01619-PAB-CBS

STEVEN BROCKERMAN, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

COLLEGE ASSIST and
NELNET, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendant College Assist's Motion to Dismiss [Docket No. 17]. On December 14, 2015, plaintiff filed an Amended Complaint [Docket No. 18]. Thus, the Amended Complaint became the operative pleading in this action, and the Motion to Dismiss [Docket No. 17] is directed to an inoperative, superseded pleading. *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted). As such, the motion to dismiss is moot. It is

    **ORDERED** that defendant College Assist's Motion to Dismiss [Docket No. 17] is DENIED as moot.

    DATED December 22, 2015.