IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **STEVEN BROCKERMAN,** | ) Case No. 1:15-cv-01619-PAB-CBS |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| **vs.** | ) |
| **NELNET, INC.,** | ) |
| Defendant. | ) |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 10th day of February, 2017

By: *s/Todd M. Friedman, Esq.*
TODD M. FRIEDMAN
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 10, 2017, the foregoing document was filed electronically with the United States District Court for the District of Colorado, which will generate a notice of such filing to all counsel of record.

                                                  s/ Todd M. Friedman, Esq.
                                                  Attorney for Plaintiff