# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| **STEVEN BROCKERMAN,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> COLLEGE ASSIST; NELNET, INC., <br><br> Defendant. | ) Case No. 1:15-cv-01619-PAB-CBS <br> ) <br> ) **JOINT STIPULATION TO** <br> ) **DISMISS WITH PREJUDICE AS** <br> ) **TO PLAINTIFF'S INDIVIDUAL** <br> ) **CLAIM, AND WITHOUT** <br> ) **PREJUDICE AS TO THE** <br> ) **PUTATIVE CLASS CLAIMS** <br> ) <br> ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims, and without prejudice as to the Putative class claims pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 24th day of March, 2017

By: *s/Todd M. Friedman, Esq.*
TODD M. FRIEDMAN
Attorney for Plaintiff

By: *s/Matthew C. Arentsen, Esq.*
MATTHEW C. ARENTSEN
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on 24th day of March, 2017, the foregoing document was filed electronically with the United States District Court for the District of Colorado, which will generate a notice of such filing to all counsel of record.

s/ Todd M. Friedman
Attorney for Plaintiff
