IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 15-cv-01619-PAB-CBS

STEVEN BROCKERMAN, on behalf of himself and all others similarly situated,

      Plaintiff,

v.

NELNET, INC.,

      Defendant.

_____

## ORDER
_____

This matter comes before the Court on the Joint Stipulation to Dismiss With Prejudice as to Plaintiff's Individual Claim, and Without Prejudice as to the Putative Class Claims [Docket No. 50].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this case is dismissed with prejudice as to plaintiff's individual claims and without prejudice as to the putative class claims.  Each party will bear its own attorneys' fees and costs.

DATED March 28, 2017.

                    BY THE COURT:

                    s/Philip A. Brimmer
                    PHILIP A. BRIMMER
                    United States District Judge